IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JENNIE WARD VUKSICH,

    Plaintiff,

v.                                                    No. 1:24-cv-01289-KG-KK

UNITED FINANCIAL CASUALTY COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion for Dismissal with Prejudice, and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

Plaintiff Jennie Ward Vuksich and Defendant United Financial Casualty Company have reached a mutually agreed upon confidential resolution of all issues of law and fact in this case. The agreed upon resolution is intended to effect a full and final resolution of any and all claims and causes of action that were brought or could have been brought in this action by and between these parties. These parties have agreed that any and all claims and causes of action that were brought or could have been brought in this action are to be dismissed with prejudice and have asked the Court to issue an order of dismissal with prejudice accordingly. Plaintiff and Defendant have also agreed to bear their own costs and attorneys' fees.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

    1.    Plaintiff's *First Amended Complaint* (Doc. 7) is dismissed with prejudice.

    2.    Any and all claims and causes of action that were brought or could have been brought in this action are hereby dismissed with prejudice.

    3.    The parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

Submitted:

**RILEY | KELLER | GONZALES**

*/s/ Taryn M. Kaselonis*
Taryn M. Kaselonis
Pablo A. Seifert
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
tkaselonis@rileynmlaw.com
pseifert@rileynmlaw.com
*Attorneys for UFCC*

Approved:

**TAWNEY | ACOSTA | CHAPARRO P.C.**

By: */s/ Alejandro Acosta III (via email 1/9/26)*
Alejandro Acosta III
Daisy Chaparro
1485 N. Main, Ste. B
Las Cruces, NM  88001
(575) 222-1000
aacosta@tacinjurylaw.com
dchaparro@tacinjurylaw.com
*Attorneys for Plaintiff*

2